THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY JOHNSON, Also known as CORY CHRISTOPHER, Appellant. [918 NYS2d 48]—

Concur—Mazzarelli, J.P., Acosta, DeGrasse, Richter and Manzanet-Daniels, JJ.